**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IVAYLO NIKOLAEV NIKOLOV,

    Plaintiff,                                            Case No.: 1:26-cv-01463

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | bozhoushiboyueyaoye |
| 2 | zhiuen |
| 3 | PaiWeiYeYa |
| 4 | dongguanshiyitefangzhipinyouxiangongsi |
| 5 | ANH TÚ |
| 6 | pingdingshanshiguanzhunshangmao |
| 7 | THANH SƠN CÒI 96 |
| 8 | lechangshizhuoyuekejiyouxiangongsi |
| 9 | taikangxianshengyaojianzhugongchengyouxiangongsi |
| 10 | NAMCONSHOPBIRY |
| 11 | Whimsical Print Gallery |
| 12 | TongShanXianCaiAoMaoYiYouXianGongSi |
| 13 | Aosoow |
| 14 | NEYDADU |
| 15 | DaKing |
| 16 | YELPLIFE |
| 17 | MaiTuo |
| 18 | KUWT |
| 19 | QIANDODUO |
| 20 | Nine song creek Canvas Decoration Store |
| 21 | New_Arrivals |
| 22 | B-Sin |
| 23 | Youhao |

| | |
|---|---|
| 24 | yangyajiaojingpin |
| 25 | ming zhen Myiji poster |
| 26 | PLUANCEKN STORE |
| 27 | Loanhoangcpst |
| 28 | FEIWONERY |
| 29 | mingyu shop |
| 30 | xinxiangshibaofushizhenggongcheng |
| 31 | zhongshanshiyingxindadengshiy |
| 32 | Guangzhou Runban Trading Co., Ltd |
| 33 | lixinxianyuanshengzhongzhijiating |
| 34 | HJL Art |
| 35 | Avnaalvl |
| 36 | HOTJAJA |
| 37 | MEILIQIDIANA |
| 38 | ShoPen |
| 39 | guangzhoufangzhangshangmaoyouxiangongsi |
| 40 | YNNALE |
| 41 | ORIMONY |
| 42 | luoshaobing |
| 43 | ShengLong Inc |
| 44 | ZZAEO |
| 45 | zhihuazheng |
| 46 | OrcaArtUS |
| 47 | Muravie |
| 48 | gxcgaocing |
| 49 | hexinbaihuodian |
| 50 | MINH ĐỨC STORE |
| 51 | anhuishengquanjianzhulaowufenbao |
| 52 | Jmjhy |
| 53 | Hupery |
| 54 | lankaoxianyouyoutongzhu |
| 55 | Tufinei |
| 56 | HOANG LE NHI |
| 57 | ĐỨC LONG DRAGON SHOP8686 |
| 58 | qingdaoxinchuangchengzhuangshigongcheng |
| 59 | Pickako |
| 60 | NEW5 |
| 61 | PingYangZhaoYuKuaiJiFuWuYouXianGongSi |

| | |
|---|---|
| 62 | ChuXiongShiJiaYangXian002 |
| 63 | KSHXY |
| 64 | TianJiaLeWireless |
| 65 | jinanbaoshulinshangmao |
| 66 | Kayra Home |
| 67 | rongtangmaoyi |
| 68 | Digsell |
| 69 | zhi xian jiao |
| 70 | OWNSERIES |
| 71 | Yiwu Ruifan Trading Co., Ltd. |
| 72 | Yiwu Taoshi Trading Co., Ltd. |
| 73 | Yiwu Zhuoling Device Co., Ltd. |
| 74 | Yiwu Lixin Trading Co., Ltd. |
| 75 | JinruiMY |
| 76 | Leyu-US |
| 77 | HOMEjiaju |
| 78 | wenheart |
| 79 | Leshi Wall Canvas Customization |
| 80 | irwinsshop |
| 81 | MHOOWModern |
| 82 | Tree Wall Art |
| 83 | Rong Zhen Poster |
| 84 | wangduoduo Poster |
| 85 | Jie Bin Poster |
| 86 | CABK |
| 87 | ABKY |
| 88 | Mug Cafe Cup |
| 89 | GGPOST |
| 90 | Canvas Classics |
| 91 | XRXS |
| 92 | xioatuantuan |
| 93 | AHouse To Be |
| 94 | Vivid Prints |
| 95 | Canvas Poster Painting |
| 96 | Echo of Art |
| 97 | GETIFIT exquisite murals |
| 98 | bossty |
| 99 | TailorJoy |

| | |
|---|---|
| 100 | Kitty Wall Decor |
| 101 | jhcai |
| 102 | xunlix |
| 103 | LSDFSSSDFII |
| 104 | Tinspiration |
| 105 | Ironclad Gallery |
| 106 | BOKKHY |
| 107 | college of art |
| 108 | MxinMYl |
| 109 | canvaspaintart |